UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | No. 2:14-cv-02949 MCE AC |
| Plaintiff, | |
| v. | ORDER |
| BOURBON PROPERTIES, LLC, et al., | |
| Defendants. | |

Pending before the court is plaintiff's motion to compel the deposition of defendant Bourbon Properties, LLC, together with a request for sanctions. ECF No. 23. The motion came on for hearing on May 25, 2016. Attorney Amanda R. Lockhart appeared for plaintiff, and attorney Michael D. Welch appeared on behalf of defendant. Upon consideration of the motion, the files and records of the case, and the arguments of counsel, the motion will be granted. Defendants are cautioned that future failure to appear for a noticed deposition may result in the imposition of monetary sanctions, which may be imposed on defendants personally. Violation of court orders may also, in some circumstances, result in contempt proceedings.

In light of the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to compel, ECF No. 23, is GRANTED;

2. Plaintiff's request for sanctions is DENIED without prejudice;

////

1

3. Counsel for the parties shall meet and confer to set a date for defendant's deposition, to be held not more than 21 days after the issuance of this Order.

DATED: May 26, 2016

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE