UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, | Case: 2:14-CV-02949 MCE AC |
| Plaintiff, | [~~PROPOSED~~] ORDER ON REQUEST TO VACATE DEBTOR EXAM |
| v. | |
| **Bourbon Properties, LLC, et al**., | Date:         7/21/2021<br>Time:         10:00 a.m.<br>Courtroom:  26 |
| Defendants. | |

**ORDER**

Having read the foregoing Request and good cause appearing therefore, it is hereby ordered that the Judgment Debtor Exam for Karen Anthony Colangelo, Manager Bourbon Properties, LLC., scheduled for July 21, 2021 is vacated.

Dated: July 21, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Order